UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Harold Beynum** <br> 1216 Missouri Ave., NW <br> Apt 1 <br> Washington, DC 20001 <br><br> Plaintiff, <br><br> v. <br><br> **J.A. Clay** <br> Fifth District Station <br> 1805 Bladensburg Rd., NE <br> Washington, DC 20002 <br> and <br><br> **D.C. Metropolitan Police Dept.** <br> Fifth District Station <br> 1805 Bladensburg Rd., NE <br> Washington, DC 20002 <br><br> and <br><br> **District of Columbia** <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Civil Action No.: 06-2260** |

## MOTION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER

Pursuant to Fed. Civ. P. R. 6(b), the defendants D.C. Metropolitan Police Department and the District of Columbia, hereby move for enlargement of time to file an answer or responsive pleading, up to and including January 19, 2007, and as grounds therefor state as follows:

1. Undersigned counsel was recently assigned the above action. This action was originally filed in the Superior Court of the District of Columbia and removed to the United States District Court for the District of Columbia on December 29,

2006. FRE 81(c) requires that answers to removed actions be filed " . . . within 5 days after filing of removal petition".

2. Undersigned counsel has been preparing for the trial *Thomas v. DC* , CA 03-32, which is scheduled for January 8, 2006 before Judge Royce Lamberth.  Despite counsel's best efforts to prepare a responsive pleading to plaintiff's complaint, due to counsel's trial schedule, counsel needs additional time to complete a responsive pleading.

3.  The defendants respectfully request that this Court extend the time to file a responsive pleading to plaintiff's complaint to January 19, 2007.

4. The plaintiff will not be prejudiced by this two week extension of time.

For all the above-stated reasons and those set forth in the accompanying memorandum of points and authorities, additional time up to and including January 19, 2007, is requested to file an answer to plaintiff's complaint.

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        ___/s/_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

        ___/s/_____
        LEAH BROWNLEE TAYLOR [488966]
        Assistant Attorney General
        441 4th Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-7854; (202) 724-7854; (202) 727-6295
        leah.taylor@dc.gov

## CERTIFICATE PURSUANT TO RULE 7.1(m)

I hereby certify that the undersigned counsel contacted the plaintiff and was not able to obtain his consent.

_____/s/_____
LEAH BROWNLEE TAYLOR [488966

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Harold Beynum** <br> **1216 Missouri Ave., NW** <br> **Apt 1** <br> **Washington, DC 20001** <br><br> Plaintiff, <br><br> v. <br><br> **J.A. Clay** <br> **Fifth District Station** <br> **1805 Bladensburg Rd., NE** <br> **Washington, DC 20002** <br> **and** <br><br> **D.C. Metropolitan Police Dept.** <br> **Fifth District Station** <br> **1805 Bladensburg Rd., NE** <br> **Washington, DC 20002** <br><br> **and** <br><br> **District of Columbia** <br> Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Civil Action No.: 06-2260 |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR ENLARGEMENT OF TIME

In support of its Motion, the parties rely upon the following authorities:

1. Inherent Power of the Court.

2. Fed. Civ. P. R. 6(b).

3. The record herein.

Respectfully submitted,

4

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

\_\_\_\_/s/_____
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV

\_\_\_\_/s/_____
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 724-7854; (202) 727-6295
leah.taylor@dc.gov

5

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **Harold Beynum** <br> **1216 Missouri Ave., NW** <br> **Apt 1** <br> **Washington, DC 20001** <br><br> Plaintiff, <br><br> v. <br><br> **J.A. Clay** <br> **Fifth District Station** <br> **1805 Bladensburg Rd., NE** <br> **Washington, DC 20002** <br> **and** <br><br> **D.C. Metropolitan Police Dept.** <br> **Fifth District Station** <br> **1805 Bladensburg Rd., NE** <br> **Washington, DC 20002** <br><br> **and** <br><br> **District of Columbia** <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  **Civil Action No.: 06-2260** |

## **ORDER**

Upon consideration of the Motion for Enlargement of Time to File an Answer, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2007,

ORDERED: That the motion shall be and the same is hereby granted; it is,

FURTHER ORDERED: That the time to file an answer is extended up to and including January 19, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA