IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| HAROLD BEYNUM | : |
| Plaintiff | : |
| v. | : |
| | : Civil No.: 06-2260 |
| J.A. Clay | : Judge J. Roberts |
| and | : |
| D.C. METROPOLITAN POLICE DEPARTMENT | : |
| and | : |
| DISTRICT OF COLUMBIA | : |
| Defendants | : |

### PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANTS

**COMES NOW,** the Plaintiff, Harold Beynum, by and through his attorneys, Lauren Pisano and Berman, Sobin & Gross and submits this Motion to Extend Time to Serve Defendants, and in support thereof states:

1. That the instant case arises out of an assault and battery claim which occurred on or about November 15, 2005;

2. That suit was initiated at the District of Columbia Superior Court before the Honorable Mary Terrell on or about November 14, 2006;

3. That the Plaintiff, Harold Beynum, alleges that the Defendants, J.A. Clay, District of Columbia Metropolitan Police Department, and the District of Columbia, acted maliciously and without due regard for the Plaintiff, in such a

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

manner as to demonstrate complete and total disregard for the mental and physical well-being of the Plaintiff, by assaulting and battering him while he was loosely hand cuffed and without provocation on the part of Plaintiff;

4. That the parties received an Initial Order from the District of Columbia Superior Court dated November 14, 2006 (Exhibit 1, Order) and setting an Initial Conference for February 16, 2007 before Judge Mary Terrell;

5. That the Plaintiff attempted to serve, via process server and was unsuccessful with Defendants J.A. Clay, District of Columbia Metropolitan Police Department, and the District of Columbia, although the Office of the Attorney General had been successfully served;

6. That, as a result, the undersigned requested another opportunity to properly serve the Defendants J.A. Clay, District of Columbia Metropolitan Police Department, and the District of Columbia on January 3, 2007, (*See* attached Exhibit 2);

7. That this case was transferred to the United States District Court for the District of Columbia, upon the Motions of the Superior Court and the Office of the Attorney General, *after* the filing of Plaintiff's Motion to Extend Time to Serve the Remaining Defendants, and such Motion will not now be ruled upon by the Superior Court of the District of Columbia, even though the Motion to Extend was timely filed, (*See* attached Exhibit 3);

8. That Plaintiff's counsel just learned that Judge Terrell will not be ruling upon Plaintiff's Motion to Extend Time, even though it was filed *prior* to Defendant's Motion to Transfer;

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

9. That Plaintiff's Counsel has been unable to file any Motions with this Honorable Court because, per this Court's Order dated December 29, 2006, because Plaintiff's counsel was *not* a member of this Bar at the time this case was transferred to the District Court, and hence, Plaintiff counsel's membership to this Bar is pending (*See* attached Exhibit 4);

10. That, because Plaintiff's counsel is not capable of filing Motions with this Court, and has not received a response back from the Commission on Admissions regarding the status of her Application for practice to this Court, Plaintiff's counsel has no choice but to file this Motion by a member of Plaintiff counsel's law firm, Michael H. Feldman, Esquire, who is not counsel to this case, but who is a member in good standing of the United States District Court Bar for the District of Columbia.

WHEREFORE, based upon the foregoing, the Plaintiff requests that this Honorable Court to Grant this Motion to Extend Time to Serve the Defendants and to reissue the summons for the Defendants J.A. Clay, District of Columbia Metropolitan Police Department, and the District of Columbia, and accept this Motion for filing by Michael H. Feldman, Esquire.

BERMAN SOBIN & GROSS, LLP

*Michael H. Feldman*
Michael H. Feldman, Esquire
481 North Frederick Ave., #300
Gaithersburg, MD 20877
301-670-7030
D.C. Bar No. 202762

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of February, 2007 a copy of the foregoing Motion to Extent Time to Serve Defendants was placed in the United States Mail, postage prepaid and addressed as follows:

J.A. Clay
First District Station
415 4th Street, SW
Washington, D.C. 20024

D.C. Metropolitan Police
Department
First District Station
415 4th Street, SW
Washington, D.C. 20024

District of Columbia
Mayor of District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Office of the Attorney General
Leah Brownlee Taylor, Esq.
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

BERMAN, SOBIN & GROSS, LLP

_/s/ Michael H. Feldman_
Michael H. Feldman, Esquire
481 North Frederick Ave. #300
Gaithersburg, Maryland 20877
(301)670-7030
D.C. Bar No. 202762

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
CIVIL DIVISION

**HAROLD BEYNUM**         :
                          :
    Plaintiff             :
                          :
v.                        :
                          :  **Civil Action No.: 06-2260**
**J.A. Clay**             :  **Judge J. Roberts**
                          :
and                       :
                          :
**D.C. METROPOLITAN POLICE** :
**DEPARTMENT**            :
                          :
and                       :
                          :
**DISTRICT OF COLUMBIA**  :
                          :
    Defendants            :

### ORDER

UPON CONSIDERATION of the Plaintiff's Motion to Extend Time to Serve Defendants, it is this _____ day of February, 2007, hereby

ORDERED that the Plaintiff's Motion for Time to Serve Defendant, J.A. Clay, District of Columbia Metropolitan Police Department, and the District of Columbia, be and the same is hereby, **GRANTED**.

_____
Judge J. Roberts
United States District Court,
for the District of Columbia

Copies to:   Lauren Pisano, Esq.
c/o Michael H. Feldman, Esq.
Berman, Sobin & Gross
481 North Frederick Ave., Suite 300
Gaithersburg, Maryland 20877
D.C. Bar No. 202762

J.A. Clay
First District Station
415 4th Street, SW
Washington, D.C. 20024

D.C. Metropolitan Police
Department
First District Station
415 4th Street, SW
Washington, D.C. 20024

District of Columbia
Mayor of District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Office of the Attorney General
Leah Brownlee Taylor, Esq.
441 4th Street, N.W., 6th Fl. South
Washington, D.C. 20001