**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **Harold Beynum** <br> 1216 Missouri Ave., NW <br> Apt 1 <br> Washington, DC 20001 <br><br> Plaintiff, <br><br> v. <br><br> **J.A. Clay** <br> Fifth District Station <br> 1805 Bladensburg Rd., NE <br> Washington, DC 20002 <br> and <br><br> **D.C. Metropolitan Police Dept.** <br> Fifth District Station <br> 1805 Bladensburg Rd., NE <br> Washington, DC 20002 <br><br> and <br><br> **District of Columbia** <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Civil Action No.: 06-2260** |

## CONSENT MOTION FOR LEAVE TO LATE FILE A RESPONSE

Pursuant to Fed. P. Civ. R. 6(b), the defendants D.C. Metropolitan Police Department and the District of Columbia, hereby move to late file a response to plaintiff's Motion to Extend Time to Serve Defendants, and as grounds therefor state as follows:

1. Undersigned counsel was preparing for trial in the case of *Greene and Burns v. DC*, C.A. No. 04-4017, in the Superior Court for the District of Columbia, and inadvertently failed to file a response to plaintiff's Motion to Extend Time to Serve Defendants in the above-referenced action.

2. Fed. Rule Civ. Proc. 6(b) provides that: "…[T]he court for cause shown may at any time it its discretion…(2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect…."

3. The failure to act was the result of the press of other business and excusable neglect, and the defendants seek leave to late file its response to plaintiff's Motion to Extend Time to Serve Defendants *nunc pro tunc*.

4. The defendants' Response to Plaintiff's Motion to Extend Time to Serve Defendants is being filed contemporaneously with this motion.

5. Plaintiff will suffer no undue prejudice since Local Civil R. 7(m) dictates the Court's ruling in this action. According to the rule, "[b]efore filing any nondispositive motion, counsel **shall** discuss the anticipated motion with opposing counsel, … in a good-faith effort to determine whether there is any opposition to the relief sought… A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion

is opposed." See LCvR 7(m). Plaintiff's motion does not contain the required certification.

6. The plaintiff consents to the relief sought in this motion.

        Respectfully submitted,

        LINDA SINGER
        Acting Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        _____/s/_____
        PATRICIA A. JONES [428132]
        Chief, General Litigation, Section IV

        _____/s/_____
        LEAH BROWNLEE TAYLOR [488966]
        Assistant Attorney General
        441 4th Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-7854; (202) 727-6295
        leah.taylor@dc.gov

## CERTIFICATE PURSUANT TO RULE 7.1(m)

I hereby certify that on April 3, 2007, the undersigned counsel contacted the plaintiff and obtained consent to the requested relief..

        _____/s/_____
        LEAH BROWNLEE TAYLOR [488966]
        Assistant Attorney General

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 3rd day of April, 2007, that a copy of the foregoing Motion was mailed postage prepaid to:

> Lauren Pisano, Esq.
> Berman, Sobin & Gross, LLP
> Suite 300
> 481 North Frederick Avenue
> Gaithersburg, MD 20877

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **Harold Beynum** <br> **1216 Missouri Ave., NW** <br> **Apt 1** <br> **Washington, DC 20001** <br>         **Plaintiff,** <br>         v. <br> **J.A. Clay** <br> **Fifth District Station** <br> **1805 Bladensburg Rd., NE** <br> **Washington, DC 20002** <br> **and** <br> **D.C. Metropolitan Police Dept.** <br> **Fifth District Station** <br> **1805 Bladensburg Rd., NE** <br> **Washington, DC 20002** <br> **and** <br> **District of Columbia** <br>         **Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No.: 06-2260** |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**CONSENT MOTION FOR LEAVE TO LATE FILE A RESPONSE**

    In support of its Motion, the defendants rely upon the following authorities:

1.    Inherent Power of the Court.

2.    Fed. R. Civ. P. 6(b).

3.    The record herein.

4.    Plaintiff's consent.

                                    Respectfully submitted,

                                    LINDA SINGER
                                    Acting Attorney General for the District of Columbia

                                  GEORGE C. VALENTINE
                                  Deputy Attorney General, Civil Litigation Division

                                  /s/
                                  PATRICIA A. JONES [428132]
                                  Chief, General Litigation, Section IV

                                  /s/
                                  LEAH BROWNLEE TAYLOR [488966]
                                  Assistant Attorney General
                                  441 4th Street, N.W.
                                  Sixth Floor South
                                  Washington, D.C. 20001
                                  (202) 724-7854; 202) 727-6295
                                  leah.taylor@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **Harold Beynum** | ) |
| **1216 Missouri Ave., NW** | ) |
| **Apt 1** | ) |
| **Washington, DC 20001** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| v. | ) |
|  | ) |
| **J.A. Clay** | ) |
| **Fifth District Station** | ) |
| **1805 Bladensburg Rd., NE** | ) |
| **Washington, DC 20002** | ) |
| and | ) |
|  | ) |
| **D.C. Metropolitan Police Dept.** | ) |
| **Fifth District Station** | ) |
| **1805 Bladensburg Rd., NE** | ) |
| **Washington, DC 20002** | ) |
|  | ) |
| and | ) |
|  | ) |
| **District of Columbia** | )  **Civil Action No.: 06-2260** |
|  | ) |
| **Defendants.** | ) |

**ORDER**

Upon consideration of defendants D.C. Metropolitan Police Department and the District of Columbia's Consent Motion for Leave to Late File a Response, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2007,

7

ORDERED: That the motion shall be and the same is hereby granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED: that the defendants' attached Opposition is accepted for filing.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Copies to:

LEAH BROWNLEE TAYLOR
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295

Lauren Pisano, Esq.
Berman, Sobin & Gross, LLP
Suite 300
481 North Frederick Avenue
Gaithersburg, MD 20877

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Harold Beynum** <br> 1216 Missouri Ave., NW <br> Apt 1 <br> Washington, DC 20001 <br><br> Plaintiff, <br><br> v. <br><br> **J.A. Clay** <br> Fifth District Station <br> 1805 Bladensburg Rd., NE <br> Washington, DC 20002 <br> and <br><br> **D.C. Metropolitan Police Dept.** <br> Fifth District Station <br> 1805 Bladensburg Rd., NE <br> Washington, DC 20002 <br><br> and <br><br> **District of Columbia** <br><br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | **Civil Action No.: 06-2260** |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANTS

Defendants, D.C. Metropolitan Police Department and the District of Columbia, by and through counsel, hereby files this response to the plaintiff's Motion to Extend Time to Serve Defendants, and state as follows:

1. Plaintiff filed this lawsuit on November 14, 2006, in the Superior Court for the District of Columbia. He avers that defendant J.A. Clay, a member of the D.C. Metropolitan Police Department used excessive force against him during an

arrest on November 15, 2005. Plaintiff seeks to hold all defendants liable under 42 U.S.C. § 1983.

2. On November 1, 2006, defendants D.C. Metropolitan Police Department (hereafter "MPD") and the District of Columbia removed this case from the Superior Court of the District of Columbia to this Court pursuant to 28 U.S.C. §§ 1441, and 1446.

3. On February 23, 2007, plaintiff filed a motion to extend time to serve defendants. See Docket Entry #5. Plaintiff's motion fails to include a certification required by Local Civil Court Rule 7m that he contacted the defendants and tried in good faith to resolve the issues in his motion.[1] See motion, generally. Rule 7m's requirements are mandatory.

4. Plaintiff's Motion was not filed by counsel to the case, but instead by counsel who has no intention of representing plaintiff. See motion, generally.

5. Plaintiff has failed to detail what efforts, if any, he were made to attempt service on the defendants, when service is expected to be completed, or how much time he needs to effectuate service.

For the reasons set forth above, denial of this motion is appropriate at this time.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

---

[1] Undersigned counsel has no information that the named officer has been intentionally evading service, nor has she been contacted in any effort to assist with facilitating service in the event the named officer has been intentionally evading service attempts.

2

       /s/
PATRICIA A. JONES [428132]
Chief, General Litigation, Section IV


       /s/
LEAH BROWNLEE TAYLOR [488966]
Assistant Attorney General
441 4th Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-7854; (202) 727-6295
leah.taylor@dc.gov


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 3rd day of April, 2007, that a copy of the foregoing Opposition was mailed postage prepaid to:

    Lauren Pisano, Esq.
    Berman, Sobin & Gross, LLP
    Suite 300
    481 North Frederick Avenue
    Gaithersburg, MD 20877