IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| HAROLD BEYNUM | : |
| Plaintiff | : |
| v. | : |
| | : Civil No.: 06-2260 |
| J.A. Clay | : Judge J. Roberts |
| and | : |
| D.C. METROPOLITAN POLICE DEPARTMENT | : |
| and | : |
| DISTRICT OF COLUMBIA | : |
| Defendants | : |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE DEFENDANTS**

**COMES NOW**, the Plaintiff, Harold Beynum, by and through his attorneys, Lauren Pisano, Esquire, and the law firm of Berman, Sobin & Gross, LLP, and submits his Response to Defendant's Opposition to his Motion to Extend Time to Serve Defendants, and in support thereof states:

1. That Defendants oppose Plaintiff's Motion to Extend Time to Serve the remaining Defendants in this case because "Plaintiff's Motion fails to include a certification required by Local Civil Court Rule 7m that she (sic) contacted the defendants and tried in good faith to resolve the issues in her (sic) motion." (*See* Defendant's Motion at 2).

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

2.  That Defendant's argument as outlined on page two of its Motion is weak, at best, because on January 8, 2007, Plaintiff's counsel received a telephone call from counsel for Defendants, Leah Brown Taylor, and during that telephone conversation, Plaintiff's counsel told Ms. Taylor that she had a Motion to Extend Time to Serve Defendants pending before this Court, which had been filed just six (6) days prior to that conversation, and Ms. Taylor said <u>nothing</u> to indicate that she would consent to Plaintiff's Motion, and hence, was obviously not interested in resolving the issue now before this Honorable Court;

3.  That also during that January 8, 2007, telephone conversation, Plaintiff's counsel gave counsel her consent for Defendant to have two (2) additional weeks to serve its Answer to Plaintiff's Complaint, which would otherwise have been late;

4.  That on April 5, 2007, Plaintiff's counsel, yet again, gave counsel for Defendant her Consent to Defendant's Motion to Late File her Opposition to Plaintiff's Motion to Extend Time to Serve Defendants, which again, would otherwise have been late;

5.  That it, therefore, appears that the only party <u>not</u> interested in resolving underlying issues in this case is counsel for Defendant;

6.  That Plaintiff's counsel became a member of the District Court Bar as soon as she was able, and until she became a member of said Bar, was unable to file a Motion to Extend with this Court, and hence, did so via Michael Feldman, Esquire, once he returned from vacation and was able to secure his consent to do so;

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

7. That the law firm of Berman, Sobin & Gross, LLP, represents the Plaintiff in this matter, and hence, the fact that Michael H. Feldman, Esquire (who is a partner of Berman, Sobin & Gross, LLP and a long-time member of the United States District Court Bar) filed Plaintiff's Motion to Extend Time is entirely inconsequential to the issue at hand;

8. That, per Defendant's request, Plaintiff attaches hereto proof that the District of Columbia <u>was</u> served on December 8, 2006 (*See* attached Exhibit 1), and that (until the Summons expired) several attempts had been made to serve Defendant J.A. Clay (the police officer who punched Defendant and slammed his face into a wooden fence while Plaintiff was loosely handcuffed and <u>not</u> under arrest), which were unsuccessful because, evidently, Officer Clay was on leave during that time; (*See* attached Exhibit 2);

9. That the only reason the D.C. Police Department had not been served was because Plaintiff's counsel was misinformed that Office Clay worked at the Fifth District Station when, in fact, the proper station to be served is the First District Station (*See* attached Exhibit 3);

10. That Defendant's arguments as outlined in its Opposition are baseless and that Plaintiff should be given a fair opportunity to effectuate service upon Office Clay and the First District D.C. Metropolitan Police Department with a fresh Summons now that Officer Clay has returned from vacation and can be properly and swiftly served at his place of business.

WHEREFORE, based upon the foregoing, Plaintiff requests that this Honorable Court Grant his Motion to Extend Time to Serve Defendants and to

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

3

reissue the summons for the Defendants J.A. Clay and the District of Columbia Metropolitan Police Department.

BERMAN SOBIN & GROSS, LLP

*/s/ Lauren E. Pisano*

Lauren E. Pisano, Esquire
481 North Frederick Ave., #300
Gaithersburg, MD 20877
Phone: 301-670-7030
Fax:  301-670-9492
District Court Bar No.: 492534

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___6th___ day of April, 2007 a copy of the foregoing Response to Defendant's Opposition to Plaintiff's Motion to Extent Time to Serve Defendants was placed in the United States Mail, postage prepaid and addressed as follows:

J.A. Clay
First District Station
415 4th Street, SW
Washington, D.C. 20024

D.C. Metropolitan Police Department
First District Station
415 4th Street, SW
Washington, D.C. 20024

District of Columbia
Mayor of District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Office of the Attorney General
Leah Brownlee Taylor, Esq.
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

BERMAN, SOBIN & GROSS, LLP

Lauren E. Pisano, Esquire
481 North Frederick Ave. #300
Gaithersburg, Maryland 20877
Phone: 301-670-7030
Fax: 301-670-9492
District Court Bar No.: 492534

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

5

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **HAROLD BEYNUM** | : |
| | : |
| Plaintiff | : |
| | : |
| v. | : |
| | : **Civil Action No.: 06-2260** |
| **J.A. Clay** | : **Judge J. Roberts** |
| | : |
| and | : |
| | : |
| **D.C. METROPOLITAN POLICE DEPARTMENT** | : |
| | : |
| and | : |
| | : |
| **DISTRICT OF COLUMBIA** | : |
| | : |
| Defendants | : |

## ORDER

UPON CONSIDERATION of the Plaintiff's Motion to Extend Time to Serve Defendants, it is this _____ day of April, 2007, hereby

ORDERED that the Plaintiff's Motion for Time to Serve Defendant, J.A. Clay and the District of Columbia Metropolitan Police Department, be and the same is hereby, **GRANTED**.

_____
The Honorable Judge J. Roberts
United States District Court,
for the District of Columbia

Copies to:   Lauren Pisano, Esq.
Berman, Sobin & Gross
481 North Frederick Ave., Suite 300
Gaithersburg, Maryland 20877
District Court Bar No.: 492534

J.A. Clay
First District Station
415 4th Street, SW
Washington, D.C. 20024

D.C. Metropolitan Police
Department
First District Station
415 4th Street, SW
Washington, D.C. 20024

District of Columbia
Mayor of District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Office of the Attorney General
Leah Brownlee Taylor, Esq.
441 4th Street, N.W., 6th Fl. South
Washington, D.C. 20001

# INVOICE

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
Phone: (800) 420-8080
Fax: (301) 251-1454
52-1998227

Inv. # 2006014282
12-08-2006

Lauren Pisano
BERMAN, SOBIN & GROSS, LLP
481 North Frederick Avenue
Suite 300
Gaithersburg MD 20877

**Case Number: CIVIL DIVISION 06CA008267**

Plaintiff:
**HAROLD BEYNUM**

Defendant:
**J.A. CLAY, ET AL**

Received: 11/28/2006   Completed: 12/8/2006
To be served on: DISTRICT OF COLUMBIA

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 50.00 | 50.00 |
| **TOTAL CHARGED:** | | | **$50.00** |

**BALANCE DUE:** $50.00

---

**BERMAN, SOBIN & GROSS, LLP**
481 N. FREDERICK AVENUE SUITE 300
GAITHERSBURG, MD 20877
(301) 670-7030

MERCANTILE POTOMAC BANK
702 RUSSELL AVE
GAITHERSBURG, MD 20877
65-138/550

35939

December 26, 2006

PAY TO THE ORDER OF  Priority Process            $50.00

Fifty and 00/100************************************************  DOLLARS

VOID AFTER 90 DAYS

MEMO  Beynum, Harol-44177 TO- Kim

⑈035939⑈ ⑆055001384⑆ 000 2471590⑈


PLAINTIFF'S EXHIBIT 7

# INVOICE

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD  20849-4189
Phone: (800) 420-8080
Fax: (301) 251-1454
52-1998227

Inv. # 2006014284
01-03-2007

Lauren Pisano
BERMAN, SOBIN & GROSS, LLP
481 North Frederick Avenue
Suite 300
Gaithersburg MD 20877

Case Number: CIVIL DIVISION 06CA008267

Plaintiff:
**HAROLD BEYNUM**

Defendant:
J.A. CLAY, ET AL

Received:  11/28/2006    Completed: 1/1/2007
To be served on: CLAY, J.A.

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| TOTAL CHARGED: | | | $0.00 |
| **BALANCE DUE:** | | | $0.00 |

Thank you for your business!

PLEASE NOTE:  IT IS THE ULTIMATE RESPONSIBILITY OF THE
ATTORNEY TO VERIFY ALL COURT FILINGS.


PLAINTIFF'S EXHIBIT

## AFFIDAVIT OF DUE DILIGENCE

District of Columbia                                                                                           Superior Court

Case Number: 06CA008267

Plaintiff:
**HAROLD BEYNUM**
vs.
Defendant:
J.A. CLAY, ET AL

For:
Lauren Pisano
BERMAN, SOBIN & GROSS, LLP
481 North Frederick Avenue
Suite 300
Gaithersburg, MD 20877

Received by PRIORITY PROCESS on the 28th day of November, 2006 at 1:23 pm to be served on **J.A. CLAY, FIFTH DISTRICT STATION, 1805 BLADENSBURG ROAD, NE, WASHINGTON, DC 20002.**

I, Lloyd Ferguson, being duly sworn, depose and say that on the **1st day of January, 2007** at **6:45 pm, I:**

**DISCONTINUED ATTEMPTING SERVICE.** After due search, careful inquiry and diligent attempts I was unable to serve the **ORDER, SUMMONS, COMPLAINT, REQUEST FOR JURY TRIAL AND INFORMATION SHEET** for the reason that I failed to find J.A. Clay or information to allow further search.

**Additional Information pertaining to this Service:**
UPON ARRIVING AT THE ABOVE ADDRESS THE POLICE STATION I WAS TOLD THAT THE OFFICER ABOVE WORKS AT THE FIRST DISTRICT STATION. I THEN WENT THE FIRST DISTRICT STATION. I WAS TOLD THERE THAT THE OFFICER WAS ON LEAVE AND THAT THEY WERE UNSURE WHEN HE WOULD BE RETURNING. I ATTEMPTED SERVICE AGAIN AFTER THE HOLIDAYS BUT THEY STATED THAT HE WAS STILL ON LEAVE SO I SENDING THE PAPERS BACK TO BE REISSUED SO THAT SERVICE CAN BE ATTEMPTED AGAIN.

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18 and have no interest in the above action.

ERIN GODAIRE
Notary Public, State of Maryland
County of Montgomery
My Commission Expires January 1, 2010

Lloyd Ferguson
Process Server

Subscribed and sworn to before me on the 3rd day of January, 2007 by the affiant who is personally known to me.

Notary Public

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: 2006014284

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

HAROLD BEYNUM
Vs.
J A CLAY

C.A. No.   2006 CA 008267 B

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge MARY A TERRELL
Date:  November 14, 2006
Initial Conference: 9:15 am, Friday, February 16, 2007
Location:  Courtroom 219
          500 Indiana Avenue N.W.
          WASHINGTON, DC  20001

Caio.doc

CA Form 1

## Superior Court of the District of Columbia
### CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001  Telephone: 879-1133

Harold Beynum

*Plaintiff*

vs.

J.A. Clay, ~~et al~~
~~[illegible scribbled text]~~

*Defendant*

Civil Action No. 0008267-06

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Lauren Pisano
Name of Plaintiff's Attorney

Perlman, Sobin & Gross, LLP
481 N. Frederick Ave,
Suite 300, Gaithersburg, MD
20877
Address

Telephone (301) 670-7030

By _____
Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03

# INVOICE

PRIORITY PROCESS
P.O. Box 4189
Rockville, MD  20849-4189
Phone: (800) 420-8080
Fax: (301) 251-1454
52-1998227

Inv. # 2006014285
01-03-2007

Lauren Pisano
BERMAN, SOBIN & GROSS, LLP
481 North Frederick Avenue
Suite 300
Gaithersburg MD 20877

Case Number: CIVIL DIVISION 06CA008267

Plaintiff:
**HAROLD BEYNUM**

Defendant:
J.A. CLAY, ET AL

Received: 11/28/2006   Completed: 1/1/2007
To be served on: D.C. METROPOLITAN POLICE DEPARTMENT

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| TOTAL CHARGED: | | | $0.00 |
| **BALANCE DUE:** | | | $0.00 |

Thank you for your business!

PLEASE NOTE:  IT IS THE ULTIMATE RESPONSIBILITY OF THE
ATTORNEY TO VERIFY ALL COURT FILINGS.


PLAINTIFF'S EXHIBIT

## AFFIDAVIT OF DUE DILIGENCE

**District of Columbia**  **Superior Court**

Case Number: 06CA008267

Plaintiff:
**HAROLD BEYNUM**
vs.
Defendant:
**J.A. CLAY, ET AL**

For:
Lauren Pisano
BERMAN, SOBIN & GROSS, LLP
481 North Frederick Avenue
Suite 300
Gaithersburg, MD 20877

Received by PRIORITY PROCESS on the 28th day of November, 2006 at 1:23 pm to be served on **D.C. METROPOLITAN POLICE DEPARTMENT, FIFTH DISTRICT STATION, 1805 BLADENSBURG ROAD, NE, WASHINGTON, DC 20002.**

I, Lloyd Ferguson, being duly sworn, depose and say that on the **1st day of January, 2007 at 6:45 am, I:**

**DISCONTINUED ATTEMPTING SERVICE.** After due search, careful inquiry and diligent attempts I was unable to serve the **ORDER, SUMMONS, COMPLAINT, REQUEST FOR JURY TRIAL AND INFORMATION SHEET** for the reason that I failed to find D.C. METROPOLITAN POLICE DEPARTMENT, FIFTH DISTRICT or information to allow further search.

**Additional Information pertaining to this Service:**
UPON ARRIVING AT THE ABOVE ADDRESS THE POLICE STATION I WAS TOLD THAT THE OFFICER ABOVE WORKS AT THE FIRST DISTRICT STATION. I THEN WENT THE FIRST DISTRICT STATION. I WAS TOLD THERE THAT THE OFFICER WAS ON LEAVE AND THAT THEY WERE UNSURE WHEN HE WOULD BE RETURNING. I ATTEMPTED SERVICE AGAIN AFTER THE HOLIDAYS BUT THEY STATED THAT HE WAS STILL ON LEAVE SO I SENDING THE PAPERS BACK TO BE REISSUED SO THAT SERVICE CAN BE ATTEMPTED AGAIN.

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18 and have no interest in the above action.

ERIN GODAIRE
Notary Public, State of Maryland
County of Montgomery
My Commission Expires January 1, 2010

Lloyd Ferguson
Process Server

Subscribed and sworn to before me on the 3rd day of January, 2007 by the affiant who is personally known to me.

Notary Public

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: 2006014285

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

HAROLD BEYNUM
   Vs.
J A CLAY

C.A. No.   2006 CA 008267 B

## INITIAL ORDER

    Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

    (1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

    (2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(o).

    (3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

    (4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

    (5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

    Chief Judge Rufus G. King, III

Case Assigned to: Judge MARY A TERRELL
Date: November 14, 2006
Initial Conference: 9:15 am, Friday, February 16, 2007
Location: Courtroom 219
       500 Indiana Avenue N.W.
       WASHINGTON, DC 20001

CA Form 1

# Superior Court of the District of Columbia
CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

Harold Beynum

*Plaintiff*

0008267-06

vs.

Civil Action No. _____

D.C. Police Department

*Defendant*

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

Lauren Pisano
Name of Plaintiff's Attorney

Berman, Sobin & Gross, LLP
481 N. Frederick Ave, Suite 300
Address
Gaithersburg, MD 20877

(301) 670-7030
Telephone

By _____
Deputy Clerk

Date _____

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

CV(6)-456/May 03