IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**HAROLD BEYNUM**

    Plaintiff

v.

**J.A. Clay, et. al.**,

    Defendants

: Civil No.: 06-2260

## NOTICE TO STRIKE APPEARANCE

MADAM CLERK: Please strike the appearance of Michael Feldman, Esquire as counsel for the Plaintiff, Harold Beynum, in the above-captioned matter.

Respectfully submitted,

_/s/ Michael Feldman_
Michael Feldman, Esquire
Berman, Sobin & Gross, LLP
481 North Frederick Ave., Suite 300
Gaithersburg, Maryland 20877
P: (301) 670-7030
Attorney for Plaintiff
DC BAR NO. 202762

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of July, 2007, a copy of the foregoing Notice to Strike Appearance was placed in the United States Mail, postage prepaid and addressed as follows:

J.A. Clay
First District Station
415 4th Street, SW
Washington, D.C. 20024

District of Columbia
Mayor of District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

D.C. Metropolitan Police Department
First District Station
415 4th Street, SW
Washington, D.C. 20024

Patricia Jones, Esquire
Leah Brownlee Taylor, Esquire
Office of the Attorney General
441 4th Street, N.W. 6th Floor
Washington, D.C. 20001

Respectfully submitted,

_____
Michael Feldman, Esquire
Berman, Sobin & Gross, LLP
481 North Frederick Ave., Suite 300
Gaithersburg, Maryland 20877
P: (301) 670-7030
Attorney for Plaintiff
DC BAR NO 202762

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030