THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **HAROLD BEYNUM,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | **Civil Action No. 1:06- 2260 (JR)** |
|    v. ) | |
| ) | |
| **J. A. CLAY** ) | |
| ) | |
|    and ) | |
| ) | |
| **D.C. METROPOLITAN POLICE** ) | |
| ) | |
|    and ) | |
| ) | |
| **THE DISTRICT OF COLUMBIA,** ) | |
| ) | |
|    **Defendants.** ) | |
| _____ ) | |

## PRAECIPE OF APPEARANCE

Please enter the appearance of Sally L. Swann, Assistant Attorney General, Office of the Attorney General, as counsel for the District of Columbia in the above-captioned matter.

                                                  Respectfully submitted,

                                                LINDA SINGER
                                                Attorney General for the District of Columbia

                                                GEORGE C. VALENTINE
                                                Deputy Attorney General
                                                Civil Litigation Division

     /S/_____ _____
PATRICIA A. JONES [428132 ]
Chief, General Litigation, Section IV


/S/_____
SALLY L. SWANN[1]
Assistant Attorney General
441 4th Street, N.W.
6th Floor South
Washington, D.C. 20001
(202)724–6519; (202)727-6295

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals, and LCvR 83.2.