UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**HAROLD BEYNUM**,                  )
                                    )
      **Plaintiff**,                      )
                                    )
      v.                            )   Civil Action No. 06-2260 (RWR)
                                    )
**J.A. CLAY, et al.**               )
                                    )
      **Defendants**.                     )
_____)

## ORDER TO SHOW CAUSE

On May 30, 2007, plaintiff was ordered to serve J.A. Clay by July 13, 2007. The docket does not reflect that the defendant was served. It is hereby

ORDERED that plaintiff shall show cause in writing by October 31, 2007 why the case against J.A. Clay should not be dismissed for failure to prosecute.

SIGNED this 19th day of October, 2007.

                                                                  /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge