IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| HAROLD BEYNUM | : |
| Plaintiff | : |
| v. | : Civil No.: 06-2260 |
| J.A. Clay | : Judge J. Roberts |
| and | : |
| D.C. METROPOLITAN POLICE DEPARTMENT | : |
| and | : |
| DISTRICT OF COLUMBIA | : |
| Defendants | : |

### PLAINTIFF'S MOTION IN RESPONSE TO COURT'S ORDER TO SHOW CAUSE AND FOR PERMISSION TO SERVE REMAINING DEFENDANTS BY MAIL UNDER COURT RULE (5)(a)(B)

**COMES NOW**, the Plaintiff, Harold Beynum, by and through his attorneys, Lauren Pisano, Esquire and Berman, Sobin & Gross and submits this Motion in Response to Court's Order to Show Cause and for Permission to Serve Defendants by Mail Pursuant to Court Rule 5(a)(B) and in support thereof states;

1. That the instant case arises out of an assault and battery claim which occurred on or about November 15, 2005;

2. That suit was initiated at the District of Columbia Superior Court before the Honorable Mary Terrell on or about November 14, 2006;

3. That the Plaintiff, Harold Beynum, alleges that the Defendants, J.A. Clay, District of Columbia Metropolitan Police Department, and the District of Columbia,

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

acted maliciously and without due regard for the Plaintiff, in such a manner as to demonstrate complete and total disregard for the mental and physical well-being of the Plaintiff, by assaulting and battering him while he was loosely hand cuffed and without provocation on the part of Plaintiff;

4. That Plaintiff has made two (2) attempts to serve Defendants via private process server, however, each time, according to our private process server, and after several attempts made on each day, the process server was unable to find any one to accept service on behalf of each of the three outstanding defendants: (1) Mayor Adrienne Fenti, (2) police officer J.A. Clay, and (3) the D.C. Metropolitan Police Department, Fifth District. See attached Exhibits 1-8, Plaintiff's Affidavits of Due Diligence.

5. That Rule 5(a)(B) of the Federal Rules of Court indicate that Service by Mail is proper:

> (B) Mailing a copy to the last known address of the person served. Service by mail is complete on mailing.

WHEREFORE, Plaintiff respectfully requests from this Honorable Court the opportunity to mail a copy of the Summons and Complaint in the above-referenced matter to the remaining three Defendants indicated in Paragraph four of this Motion upon re-issuance of the Summons based on the failed attempts to make service through private process server.

BERMAN SOBIN & GROSS, LLP

Lauren K. Pisano, Esquire
481 North Frederick Ave., #300
Gaithersburg, MD 20877
301-670-7030
D.C. Bar No. 202762

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
81 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26th day of October, 2007 a copy of the foregoing Motion to Extent Time to Serve Defendants was placed in the United States Mail, postage prepaid and addressed as follows:

J.A. Clay
First District Station
415 4th Street, SW
Washington, D.C. 20024

D.C. Metropolitan Police
Department
First District Station
415 4th Street, SW
Washington, D.C. 20024

District of Columbia
Mayor of District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Office of the Attorney General
Leah Brownlee Taylor, Esq.
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001

BERMAN, SOBIN & GROSS, LLP

_____
Lauren E. Pisano, Esquire
481 North Frederick Ave. #300
Gaithersburg, Maryland 20877
(301)670-7030
D.C. Bar No. 202762

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| HAROLD BEYNUM | : |
| Plaintiff | : |
| v. | : |
| J.A. Clay | : Civil Action No.: 06-2260 |
| | : Judge J. Roberts |
| and | : |
| D.C. METROPOLITAN POLICE DEPARTMENT | : |
| and | : |
| DISTRICT OF COLUMBIA | : |
| Defendants | : |

## ORDER

UPON CONSIDERATION of the Plaintiff's Motion in Response to Court's Order to Show Cause and for Permission to Serve Defendants by Mail Under Rule 5(a)(B), it is this _____ day of _____, 2007, hereby

ORDERED that the Plaintiff's Motion in Response to Court's Order to Show Cause and for Permission to Serve Defendants by Mail Under Rule 5(a)(B), be and the same is hereby, GRANTED.

_____
Judge J. Roberts
United States District Court,
for the District of Columbia

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

Copies to:	Lauren Pisano, Esq.
c/o Michael H. Feldman, Esq.
Berman, Sobin & Gross
481 North Frederick Ave., Suite 300
Gaithersburg, Maryland 20877
D.C. Bar No. 202762

J.A. Clay
First District Station
415 4th Street, SW
Washington, D.C. 20024

D.C. Metropolitan Police Department
First District Station
415 4th Street, SW
Washington, D.C. 20024

District of Columbia
Mayor of District of Columbia
John A. Wilson Building
1350 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Office of the Attorney General
Leah Brownlee Taylor, Esq.
441 4th Street, N.W., 6th Fl. South
Washington, D.C. 20001

# AFFIDAVIT OF DUE DILIGENCE

| | |
|---|---|
| **District of Columbia** | **Superior Court** |

Case Number: 06CA008267

Plaintiff:
**HAROLD BEYNUM**
vs.
Defendant:
**J.A. CLAY, ET AL**

For:
Lauren Pisano
BERMAN, SOBIN & GROSS, LLP
481 North Frederick Avenue
Suite 300
Gaithersburg, MD 20877

Received by PRIORITY PROCESS to be served on **DISTRICT OF COLUMBIA, C/O MAYOR ADRIAN M. FENTY, MAYOR OF DISTRICT OF COLUMBIA, JOHN A. WILSON BUILDING, 1350 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20004**.

I, Tom Chedester, being duly sworn, depose and say that on the **2nd day of July, 2007** at **11:00 am**, I:

**DISCONTINUED ATTEMPTING SERVICE**. After due search, careful inquiry and diligent attempts I was unable to serve the **SUMMONS, COMPLAINT, AMENDED COMPLAINT AND CIVIL COVERSHEET** for the reason that I failed to find DISTRICT OF COLUMBIA or information to allow further search.

**Additional Information pertaining to this Service:**
AFTER SEVERAL ATTEMPTS, I WAS UNABLE TO FIND ANYONE WHO WAS AUTHORIZED TO ACCEPT SERVICE ON BEHALF OF THE MAYOR. I SENT THE PAPERS BACK TO BE REISSUED.

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18 and have no interest in the above action.

ERIN GODAIRE
Notary Public, State of Maryland
County of Montgomery
My Commission Expires January 1, 2010

**Tom Chedester**
Process Server

Subscribed and sworn to before me on the 12th day of July, 2007 by the affiant who is personally known to me.

Notary Public

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: 2007010826


PLAINTIFF'S EXHIBIT 1

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s

**District of Columbia**

Case Number: 06CA008267

Plaintiff:
**HAROLD BEYNUM**

vs.

Defendant:
**J.A. CLAY, ET AL**

For:
Lauren Pisano
BERMAN, SOBIN & GROSS, LLP
481 North Frederick Avenue
Suite 300
Gaithersburg, MD 20877

Received by PRIORITY PROCESS on the 28th day of November, 2006 at 1:23 pm to be served on **D.C. METROPOLITAN POLICE DEPARTMENT, FIFTH DISTRICT STATION, 1805 BLADENSBURG ROAD, NE, WASHINGTON, DC 20002**.

I, Lloyd Ferguson, being duly sworn, depose and say that on the **1st day of January, 2007** at **6:45 am**, I:

**DISCONTINUED ATTEMPTING SERVICE.** After due search, careful inquiry and diligent attempts I was unable to serve the **ORDER, SUMMONS, COMPLAINT, REQUEST FOR JURY TRIAL AND INFORMATION SHEET** for the reason that I failed to find D.C. METROPOLITAN POLICE DEPARTMENT, FIFTH DISTRICT or information to allow further search.

**Additional Information pertaining to this Service:**
UPON ARRIVING AT THE ABOVE ADDRESS THE POLICE STATION I WAS TOLD THAT THE OFFICER ABOVE WORKS AT THE FIRST DISTRICT STATION. I THEN WENT THE FIRST DISTRICT STATION. I WAS TOLD THERE THAT THE OFFICER WAS ON LEAVE AND THAT THEY WERE UNSURE WHEN HE WOULD BE RETURNING. I ATTEMPTED SERVICE AGAIN AFTER THE HOLIDAYS BUT THEY STATED THAT HE WAS STILL ON LEAVE SO I SENDING THE PAPERS BACK TO BE REISSUED SO THAT SERVICE CAN BE ATTEMPTED AGAIN.

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18 and have no interest in the above action.

ERIN GODAIRE
Notary Public, State of Maryland
County of Montgomery
My Commission Expires January 1, 2010

Lloyd Ferguson
Process Server

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Subscribed and sworn to before me on the 3rd day of January, 2007 by the affiant who is personally known to me.

Notary Public

Our Job Serial Number: 2006014285

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

**PLAINTIFF'S EXHIBIT 2**

# AFFIDAVIT OF DUE DILIGENCE

**District of Columbia**              **Superior Court**

Case Number: 06CA008267

Plaintiff:
**HAROLD BEYNUM**

vs.

Defendant:
**J.A. CLAY, ET AL**

For:
Lauren Pisano
BERMAN, SOBIN & GROSS, LLP
481 North Frederick Avenue
Suite 300
Gaithersburg, MD 20877

Received by PRIORITY PROCESS to be served on **D.C. METROPOLITAN POLICE DEPARTMENT, FIRST DISTRICT STATION, 415 4TH STREET, SW, WASHINGTON, DC 20024.**

I, Edwin Jarnagin, being duly sworn, depose and say that on the **4th day of July, 2007** at **5:15 pm**, I:

**DISCONTINUED ATTEMPTING SERVICE.** After due search, careful inquiry and diligent attempts I was unable to serve the **SUMMONS, COMPLAINT, AMENDED COMPLAINT AND CIVIL COVERSHEET** for the reason that I failed to find D.C. METROPOLITAN POLICE DEPARTMENT or information to allow further search.

**Additional Information pertaining to this Service:**
AFTER SEVERAL ATTEMPTS AT THE ABOVE ADDRESS I WAS TOLD BY THE POLICE DEPARTMENT THAT THERE WAS NO ONE TO ACCEPT DOCUMENTS IN THE BUILDING.

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18 and have no interest in the above action.

ERIN GODAIRE
Notary Public, State of Maryland
County of Montgomery
My Commission Expires January 1, 2010

Edwin Jarnagin
Process Server

Subscribed and sworn to before me on the 10th day of July, 2007 by the affiant who is personally known to me.

Notary Public

PRIORITY PROCESS
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: 2007010827

PLAINTIFF'S EXHIBIT 3

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s

# AFFIDAVIT OF DUE DILIGENCE

District of Columbia | Superior Court

Case Number: 06CA008267

Plaintiff:
**HAROLD BEYNUM**

vs.

Defendant:
**J.A. CLAY, ET AL**

For:
Lauren Pisano
BERMAN, SOBIN & GROSS, LLP
481 North Frederick Avenue
Suite 300
Gaithersburg, MD 20877

Received by PRIORITY PROCESS on the 28th day of November, 2006 at 1:23 pm to be served on **J.A. CLAY, FIFTH DISTRICT STATION, 1805 BLADENSBURG ROAD, NE, WASHINGTON, DC 20002**.

I, Lloyd Ferguson, being duly sworn, depose and say that on the **1st day of January, 2007** at **6:45 pm, I:**

**DISCONTINUED ATTEMPTING SERVICE.** After due search, careful inquiry and diligent attempts I was unable to serve the **ORDER, SUMMONS, COMPLAINT, REQUEST FOR JURY TRIAL AND INFORMATION SHEET** for the reason that I failed to find J.A. Clay or information to allow further search.

**Additional Information pertaining to this Service:**
UPON ARRIVING AT THE ABOVE ADDRESS THE POLICE STATION I WAS TOLD THAT THE OFFICER ABOVE WORKS AT THE FIRST DISTRICT STATION. I THEN WENT THE FIRST DISTRICT STATION. I WAS TOLD THERE THAT THE OFFICER WAS ON LEAVE AND THAT THEY WERE UNSURE WHEN HE WOULD BE RETURNING. I ATTEMPTED SERVICE AGAIN AFTER THE HOLIDAYS BUT THEY STATED THAT HE WAS STILL ON LEAVE SO I SENDING THE PAPERS BACK TO BE REISSUED SO THAT SERVICE CAN BE ATTEMPTED AGAIN.

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18 and have no interest in the above action.

ERIN GODAIRE
Notary Public, State of Maryland
County of Montgomery
My Commission Expires January 1, 2010

Lloyd Ferguson
Process Server

Subscribed and sworn to before me on the 3rd day of January, 2007 by the affiant who is personally known to me.

Notary Public

PRIORITY PROCESS
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: 2006014284

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5f

PLAINTIFF'S EXHIBIT 4

# AFFIDAVIT OF DUE DILIGENCE

**District of Columbia**            **Superior Court**

Case Number: 06CA008267

Plaintiff:
**HAROLD BEYNUM**

vs.

Defendant:
**J.A. CLAY, ET AL**

For:
Lauren Pisano
BERMAN, SOBIN & GROSS, LLP
481 North Frederick Avenue
Suite 300
Gaithersburg, MD 20877

Received by PRIORITY PROCESS to be served on **J.A. CLAY, FIRST DISTRICT STATION, 415 4TH STREET, SW, WASHINGTON, DC 20024**.

I, Edwin Jarnagin, being duly sworn, depose and say that on the **4th day of July, 2007** at **5:15 pm**, I:

**DISCONTINUED ATTEMPTING SERVICE**. After due search, careful inquiry and diligent attempts I was unable to serve the **SUMMONS, COMPLAINT, AMENDED COMPLAINT AND CIVIL COVERSHEET** for the reason that I failed to find J.A..CLAY or information to allow further search.

**Additional Information pertaining to this Service:**
UPON ARRIVING AT THE ABOVE ADDRESS THE POLICE STATION STATED THE DEFENDANT WAS NOT IN AND THEY WOULD NOT ACCEPT THE DOCUMENTS ON THE DEFENDANTS BEHALF.

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18 and have no interest in the above action.

ERIN GODAIRE
Notary Public, State of Maryland
County of Montgomery
My Commission Expires January 1, 2010

Edwin Jarnagin
Process Server

Subscribed and sworn to before me on the 10th day of July, 2007 by the affiant who is personally known to me.

Notary Public

PRIORITY PROCESS
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: 2007010828

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s


PLAINTIFF'S EXHIBIT 5

# INVOICE

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
Phone: (800) 420-8080
Fax: (301) 251-1454
52-1998227

Inv. # 2007010828
7/10/2007

Lauren Pisano
BERMAN, SOBIN & GROSS, LLP
481 North Frederick Avenue
Suite 300
Gaithersburg, MD 20877

**Case Number:** CIVIL DIVISION 06CA008267

Plaintiff:
**HAROLD BEYNUM**

Defendant:
**J.A. CLAY, ET AL**

Completed: 7/4/2007
To be served on: CLAY, FIRST DISTRICT STATION, J.A.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| **TOTAL CHARGED:** | | | $0.00 |
| **BALANCE DUE:** | | | $0.00 |

Thank you for your business!

PLEASE NOTE: IT IS THE ULTIMATE RESPONSIBILITY OF THE ATTORNEY TO VERIFY ALL COURT FILINGS.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s



PLAINTIFF'S EXHIBIT 6

# INVOICE

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
Phone: (800) 420-8080
Fax: (301) 251-1454
52-1998227

Inv. # 2007010826
7/12/2007

Lauren Pisano
BERMAN, SOBIN & GROSS, LLP
481 North Frederick Avenue
Suite 300
Gaithersburg, MD 20877

**Case Number: CIVIL DIVISION 06CA008267**

Plaintiff:
**HAROLD BEYNUM**

Defendant:
**J.A. CLAY, ET AL**

Completed: 7/2/2007
To be served on: DISTRICT OF COLUMBIA, C/O MAYOR ADRIAN M

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| TOTAL CHARGED: | | | $0.00 |
| BALANCE DUE: | | | $0.00 |

Thank you for your business!

PLAINTIFF'S EXHIBIT 7

PLEASE NOTE: IT IS THE ULTIMATE RESPONSIBILITY OF THE
ATTORNEY TO VERIFY ALL COURT FILINGS.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s

# INVOICE

**PRIORITY PROCESS**
P.O. Box 4189
Rockville, MD 20849-4189
Phone: (800) 420-8080
Fax: (301) 251-1454
52-1998227

Inv. # 2007010827
7/10/2007

Lauren Pisano
BERMAN, SOBIN & GROSS, LLP
481 North Frederick Avenue
Suite 300
Gaithersburg, MD 20877

**Case Number:** CIVIL DIVISION 06CA008267

Plaintiff:
**HAROLD BEYNUM**

Defendant:
**J.A. CLAY, ET AL**

Completed: 7/4/2007
To be served on: D.C. METROPOLITAN POLICE DEPARTMENT, FIR

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| **TOTAL CHARGED:** | | | $0.00 |
| **BALANCE DUE:** | | | $0.00 |

Thank you for your business!


PLAINTIFF'S EXHIBIT 8

PLEASE NOTE: IT IS THE ULTIMATE RESPONSIBILITY OF THE ATTORNEY TO VERIFY ALL COURT FILINGS.

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9e