UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD BEYNUM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>J.A. CLAY<br><br>and<br><br>D.C. METROPOLITAN POLICE DEPARTMENT,<br><br>and<br><br>DISTRICT OF COLUMBIA,<br><br>Defendants. | Civil Action No. 06-2260<br>Judge R. Roberts |

**DEFENDANTS OPPOSITION TO PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR PERMISSION TO SERVE REMAINING DEFENDANTS BY MAIL UNDER COURT RULE 5(a)(B)**

Defendants, D.C. Metropolitan Police Department and the District of Columbia, by and through counsel, hereby files this opposition to plaintiff's Motion in Response To Court's Order to Show Cause and For Permission to Serve Remaining Defendants by Mail Under Court Rule (5)(a)(B):

1.  Plaintiff filed this lawsuit on November 14, 2006, in the Superior Court for the District of Columbia. He avers that the defendant J.A. Clay (hereinafter "Clay"), an alleged member of the D.C. Metropolitan Police Force (hereinafter "MPD") used excessive force against him during an arrest on November 15, 2005. Plaintiff seeks to hold all defendants liable under 42 U.S.C. § 1983.

2. On December 29, 2006, defendants MPD and the District of Columbia removed this case from Superior Court to this Court pursuant to 28 U.S.C. § 1441 and § 1446.

3. On February 23, 2007, plaintiff filed a motion to extend time to serve defendants. See Docket Entry #5. On May 5, 2007, the Court granted the plaintiff's motion and directed the plaintiff to serve defendants Clay and MPD by July 13, 2007.

4. On October 22, 2007, approximately eight months after plaintiff filed his motion to extend time to serve defendants and approximately three and a half moths after the Court granted his motion, the Court issued an Order to Show Cause directing the plaintiff to show, in writing, why the case against defendant Clay should not be dismissed for failure to prosecute.

5. On October 26, 2007, plaintiff filed a Motion in Response to the Court Order to Show Cause and for Permission to Serve Remaining Defendants. Plaintiff claims that he has been unsuccessful in serving the defendant Clay and is seeking permission from the court to serve defendant Clay by mail. Notably, since commencing this action almost a year ago, the plaintiff has only made two attempts to serve defendant Clay in this action. See annexed to plaintiff's motion as exhibits 5 and 7. The first attempt was on New Year's Day, January 1, 2007 and the second was on Independence Day, July 4, 2007. Id. More notably is the fact that since the Court granted plaintiff's February 23, 2007, extending his time to serve defendant Clay in the action, plaintiff has only made one attempt to serve defendant Clay.

6. Fed. R. Civ. P. 4 (m) provides that a plaintiff shall have 120 days from filing the complaint to serve the defendants. The rule provides that if the plaintiff does not serve the defendants within that time period that the case shall be dismissed or the court shall extend the time for service upon the plaintiff showing good cause for the failure. In addition, Fed. R. Civ.

2

P. 41 (b) states that an action may be dismissed for the failure of the plaintiff to comply with these rules or any order of the court.

      7.     In this case, the plaintiff has failed to serve defendant Clay in the time prescribed in Fed R. Civ. P. 4. Plaintiff also failed to comply with the Court's May 30, 2007 Order directing service upon defendant Clay by July 13, 2007. Thus, as the plaintiff has failed to comply with both the Federal Rules of Civil Procedure and this Court's order of May 30, 2007, this case should be dismissed against defendant Clay pursuant to Fed. R. Civ. P. 41 (b).

For the reasons set forth above, denial of this motion is appropriate at this time.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

SAMUEL KAPLAN
Deputy Attorney General
General Litigation Division

    /s/
PATRICIA A. JONES [428132]
Chief, Section IV
General Litigation Division

    /s/
MICHAEL P. BRUCKHEIM [455192]
ERIC S. GLOVER[1]
Assistant Attorney Generals
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-442-9754; 202-727-6295
E-mail: Michael.bruckheim@dc.gov
         Eric.glover@dc.gov

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals and LCvR 83.2.