UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD BEYUM,<br><br>    Plaintiff,<br><br>    v.<br><br>J.A. CLAY<br><br>and<br><br>D.C. METROPOLITAN POLICE DEPARTMENT,<br><br>and<br><br>DISTRICT OF COLUMBIA,<br><br>    Defendants. | Civil Action No. 06-2260 (RWR) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of ERIC S. GLOVER, Assistant Attorney General for the District of Columbia, as counsel for defendants the District of Columbia and the D.C. Metropolitan Police Department.

                     Respectfully submitted,

                     LINDA SINGER
                     Attorney General for the District of Columbia

                     GEORGE C. VALENTINE
                     Deputy Attorney General, Civil Litigation Division

                      /s/ Patricia A. Jones
                     PATRICIA A. JONES [428132]
                     Chief, General Litigation Sec. IV


                      /s/ ERIC S. GLOVER
                     ERIC S. GLOVER[1]
                     Assistant Attorney General
                     441 Fourth Street, N.W., Sixth Floor South
                     Washington, D.C. 20001
                     (202) 442-9754

---

[1] Appearing under Rule 49(c)(4) of the District of Columbia Court of Appeals and LCvR 83.2.

Eric.Glover@dc.gov