## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HAROLD BEYNUM | : | |
| Plaintiff, | : | Civil Action 06-2260 (RWR) |
| v. | : | |
| DISTRICT OF COLUMBIA, et al., | : | |
| Defendants. | : | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of said Court will please **withdraw** the appearance of Michael P. Bruckheim on behalf of the Defendants District of Columbia and DC Metropolitan Police Department.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

\_\_\s\_____
PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

\_\_\_\s\_____
MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-727-6295