IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| **HAROLD BEYNUM** :<br><br>Plaintiff :<br><br>v. :<br><br>J.A. Clay :<br><br>and :<br><br>**D.C. METROPOLITAN POLICE DEPARTMENT** :<br><br>and :<br><br>**DISTRICT OF COLUMBIA, et.al.** :<br><br>Defendants : | **Civil No.: 06-2260**<br>**Judge J. Roberts** |

## PLAINTIFF'S CONSENT MOTION TO EXTEND DISCOVERY DEADLINE

**COMES NOW,** the Plaintiff, Harold Beynum, by and through his attorneys, Lauren Pisano, Esquire, and the law firm of Berman, Sobin & Gross, LLP, and hereby submits this Consent Motion to Extend Discovery Deadline, and in support thereof states:

1. That this case arises out of an (alleged) assault and battery upon Plaintiff, Harold Beynum, on November 15, 2005, by police officer, J.A. Clay, who was employed by the District of Columbia and by the D.C. Metropolitan Police Department at the time of the (alleged) assault.

2. That pursuant to this Court's Scheduling Order, discovery in the instant matter is to close on Friday, August 8, 2008.

3. That the Plaintiff provided its discovery to Defendant, however, the Plaintiff needs additional time to provide Defendant with its requests for, *inter alia*, prior

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

medical records in connection with an unrelated Maryland Worker's Compensation injury to Plaintiff's back occurring on April 12, 2001, as it will take Plaintiff some time to obtain those prior, unrelated, medical records.

4. That the Plaintiff requests that the discovery deadline in this case be extended for an additional thirty (30) days from the filing of this Motion, to allow both Parties to complete their discovery obligations.

5. That the Defendants consent to the filing of this Motion.

WHEREFORE, based upon the foregoing, the Plaintiff, Harold Beynum, with the Consent of the Defendants, respectfully requests that the discovery deadline in the above-captioned case be extended to September 5, 2008.

                                                      BERMAN SOBIN & GROSS, LLP

                                                      Lauren E. Pisano, Esquire
                                                      481 North Frederick Ave., #300
                                                      Gaithersburg, MD 20877
                                                      Phone: 301-670-7030
                                                      Fax: 301-670-9492
                                                      District Court Bar No.: 492534
                                                      *Attorney for Plaintiff*

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of August, 2008, a copy of the foregoing Plaintiff's Consent Motion to Extend Discovery Deadline was placed in the United States Mail, postage prepaid and addressed as follows:

>Eric S. Glover, Esquire
>Office of the Attorney General
>Assistant Attorney General
>441 4th Street, N.W., Suite 600 North
>Washington, D.C. 20001

>BERMAN, SOBIN & GROSS, LLP
>
>Lauren E. Pisano, Esquire
>481 North Frederick Ave. #300
>Gaithersburg, Maryland 20877
>Phone: 301-670-7030
>Fax: 301-670-9492
>District Court Bar No.: 492534
>*Attorney for Plaintiff*

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030

3

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| HAROLD BEYNUM | : |
| Plaintiff | : |
| v. | : |
| J.A. Clay | : Civil Action No.: 06-2260 |
| | : Judge J. Roberts |
| and | : |
| D.C. METROPOLITAN POLICE DEPARTMENT | : |
| and | : |
| DISTRICT OF COLUMBIA | : |
| Defendants | : |

## ORDER

UPON CONSIDERATION of the Plaintiff's Consent Motion to Extend Discovery Deadline, it is this _____ day of August, 2008, hereby

ORDERED that the Plaintiff's Consent Motion to Extend Discovery Deadline, be and it hereby is, GRANTED, and it is hereby

FURTHER ORDERED that the discovery deadline in the above-captioned case be, and it hereby is, extended to September 5, 2008.

_____
The Honorable Judge J. Roberts
United States District Court,
for the District of Columbia

Copies to:  Lauren Pisano, Esquire
Berman, Sobin & Gross
481 North Frederick Ave., Suite 300
Gaithersburg, Maryland 20877
District Court Bar No.: 492534


Eric S. Glover, Esquire
Office of the Attorney General
Assistant Attorney General
441 4th Street, N.W., Suite 600
North
Washington, D.C. 20001