IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| HAROLD BEYNUM | : |
| Plaintiff | : |
| v. | : Civil No.: 06-2260 (RWR) |
| | : Judge Roberts |
| DISTRICT OF COLUMBIA, et al. | : |
| Defendants | : |

## NOTICE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of July, 2008, a copy of Plaintiff's Answers to Interrogatories propounded by Defendant, District of Columbia was placed in the United States Mail, first class postage paid, and addressed as follows:

> Eric S. Glover, Esquire
> Assistant Attorney General
> 441 4th Street, NW, 6th Floor North
> Washington, DC 20001

And further, that I will retain the originals of said documents, without alteration, in the file until the case has been concluded by this Honorable Court, the time for noting any appeal has expired, and any appeal noted has been decided.

BERMAN, SOBIN & GROSS, LLP

Lauren E. Pisano, Esquire
481 N. Frederick Avenue, Suite 300
Gaithersburg, MD 20877
Phone: (301) 670-7030
Fax: (301) 670-9492
Attorney for Plaintiff

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030