IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| HAROLD BEYNUM | : |
| Plaintiff | : |
| v. | : |
| J.A. Clay | : Civil No.: 06-2260 |
| | : Judge J. Roberts |
| and | : |
| D.C. METROPOLITAN POLICE DEPARTMENT | : |
| and | : |
| DISTRICT OF COLUMBIA | : |
| Defendants | : |

## NOTICE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of July, 2008, a copy of the Plaintiff's Interrogatories and Request for Production of Documents to Defendant The District of Columbia was placed in the United States Mail, postage prepaid and addressed as follows:

Leah Brownlee Taylor, Esquire
D.C. Office of the Attorney General
3007 Tilden Street, N.W., Pod P
Washington, D.C. 20008

Leticia L. Valdes, Esquire
Office of the Attorney General for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC 20001

Michael P. Bruckheim, Esquire
Office of the Attorney General for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC 20001

Eric Sebastian Glover, Esquire
Office of the Attorney General for the District of Columbia
441 4th Street, NW, 6th Floor South
Washington, DC 20001

BERMAN, SOBIN
& GROSS, LLP
SUITE 300
481 NORTH FREDERICK AVE.
GAITHERSBURG, MD 20877
(301) 670-7030