IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HAROLD BEYNUM,** | : | |
| | : | |
| Plaintiff, | : | Civil Action 06-2260 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| Defendant. | : | |

## DISTRICT OF COLUMBIA'S CONSENT MOTION FOR ENLARGEMENT OF TIME OF DISCOVERY

Defendant District of Columbia (hereinafter "the District"), by and through counsel, herein moves the Court for an enlargement of time of discovery pursuant to Fed. R. Civ. P. 6. The District needs a brief enlargement to complete discovery. The District's arguments in support of this motion are more fully discussed in the attached memorandum of points and authorities.

Respectfully submitted,

PETER J. NICKLES
Acting Attorney General for
the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


     Patricia A. Jones
PATRICIA A. JONES
Chief, General Litigation Sec. IV

/s/ Eric S. Glover
ERIC S. GLOVER [889741]
Assistant Attorney General
Sixth Floor North
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295

## RULE 7-M CERTIFICATION

I hereby certify that on the 2nd day of September 2008, I contacted plaintiff's counsel to obtain her consent to the relief sought in this motion. Plaintiff's counsel consented to the relief requested.

/s/ Eric S. Glover
Eric S. Glover
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HAROLD BEYNUM** | : | |
| | : | |
| Plaintiff, | : | Civil Action 06-2260 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
THE DISTRICT OF COLUMBIA'S MOTION FOR ENLARGEMENT
OF TIME OF DISCOVERY**

In support of its motion, the District states as follows:

1.  Plaintiff, Harold Beynum, filed a complaint against the District alleging that he was assaulted and battered and that his civil rights were violated. *See* Complaint, generally. Specifically, the plaintiff alleges that on November 15, 2005, MPD Officers J.A. Clay[1] and his partner approached him and asked to place him in handcuffs. Plaintiff claims that after he was placed in handcuffs, Officer Clay slammed his face into a wooden fence and then punched him in the face. *See* Complaint at ¶ 5.

2.  As per the court's Order dated August 11, 2008, the Court enlarged the time for discovery in this matter to September 5, 2008, for the parties to respond to each others discovery demands. *See* Court's Docket, generally. However, despite the District's efforts, the District requires additional time to respond to plaintiff discovery demands. The District is still

---

[1] Officer Clay was dismissed from this action on February 13, 2008.

attempting to locate several documents the plaintiff has requested in his discovery demands. Therefore, the District seeks an extension of time for discovery to respond to plaintiff's discovery demands.

    3.    SCR-6(b)(1) provides that:

> "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done within a specified time, the court… may in its discretion (1) with or without motion or notice order the period enlarged if request therefore is made before the expiration of the period originally prescribed or as extended by a previous order …."

    4.    This motion is filed prior to the expiration of the prescribed period for discovery.

    5.    The District believes that it has satisfied its burden under Rules 6(b)(1).

Moreover, no party will suffer undue prejudice should the Court grant the District's motion. Further, the plaintiff has consented to the relief requested.

The District requests that the following schedule govern the remainder of this litigation:

| | |
|---|---|
| Discovery Closes: | October 3, 2008 |
| Deadline for Filing Motions: | November 5, 2008 |
| Opposition to Motions: | December 5, 2008 |
| Reply to Motion: | December 19, 2008 |
| ADR( Mediation/Case Evaluation): | January 1, 2009 – February 1, 2009 |
| Pre-trial: | To be set upon completion of (ADR); |

WHEREFORE, the District requests that its motion be granted.

    PETER J. NICKLES
    Acting Attorney General for
    the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

   /s/  Patricia A. Jones
PATRICIA A. JONES
Chief, General Litigation Sec. IV

/s/ Eric S. Glover
ERIC S. GLOVER [889741]
Assistant Attorney General
Sixth Floor North
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 442-9754; (202) 727-6295

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HAROLD BEYNUM** | : | |
| | : | |
| Plaintiff, | : | Civil Action 06-2260 (RWR) |
| | : | |
| v. | : | |
| | : | |
| **DISTRICT OF COLUMBIA,** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of defendant the District Of Columbia's Consent Motion for An Enlargement of Time for Discovery, the Memorandum of Points and Authorities filed in support thereof, and the entire record herein, and it appearing to the Court that the motion should be granted, it is by the Court this ___ day of _____, 2008,

ORDERED: That the motion shall be and the same is hereby granted for the reasons set forth in the motion; and it is,

FURTHER ORDERED: that the following schedule shall govern the remainder of this litigation:

| | |
|---|---|
| Discovery Close Date : | October 3, 2008 |
| Deadline for Filing Motions: | November 5, 2008 |
| Opposition to Motions: | December 5, 2008 |
| Reply to Motion: | December 19, 2008 |
| ADR( Mediation/Case Evaluation): | January 1, 2009 – February 1, 2009 |

Pre-trial:                                          To be set upon completion of (ADR);

_____
Judge,
United States District Court
For the District of Columbia